UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| GREG CARTER )<br>)<br>      PLAINTIFF )<br>)<br>v. )<br>)<br>CIGNA GROUP INSURANCE D/B/A )<br>LIFE INSURANCE COMPANY OF )<br>NORTH AMERICA )<br>)<br>      DEFENDANT | CIVIL ACTION NO. 18-CV-00646-LLK |

## MOTION TO VOLUNTARILY DISMISS

Come now Plaintiff, Greg Carter ("Carter") and Defendant, Life Insurance Company of North America ("LINA"), by counsel,, pursuant to Fed. R. Civ. P. 41(a)(2), and move the Court for a voluntary dismissal of the Complaint without prejudice. As grounds for this motion, Plaintiff states that he intends to pursue his claim for short-term disability benefits against the self-insured employer.

**WHEREFORE**, the Parties respectfully requests that the Court grant an order of voluntary dismissal without prejudice.

Respectfully submitted,

*s /Robert A. Florio w/permission by M. Wyrick*
Robert A. Florio
1500 Story Avenue
Louisville, Kentucky 40206
*Counsel for Plaintiff*

s/Mitzi D. Wyrick
Mitzi D. Wyrick
David A. Calhoun
WYATT, TARRANT & COMBS, LLP
500 West Jefferson Street
Suite 2800
Louisville, KY  40202-2898
*Counsel for Defendant*