STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| GREG CARTER | ) |
| | ) |
| PLAINTIFF | ) |
| | ) |
| v. | ) |
| | ) CIVIL ACTION NO. 18-CV-00646-CRS |
| CIGNA GROUP INSURANCE D/B/A LIFE INSURANCE COMPANY OF NORTH AMERICA | ) ) ) |
| | ) |
| DEFENDANT | |

## ORDER DISMISSING

The parties having having agreed to the entry of this Order, the Court being sufficiently advised;

IT IS HEREBY ORDERED that the above-referenced action be and hereby is dismissed without prejudice, each party to be responsible for its own costs.

April 26, 2019

**Charles R. Simpson III, Senior Judge**
**United States District Court**

61832005.1